| SUMMONS IN A CIVIL ACTION | COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER |
|---|---|

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV13817459 | D1 CM | 22334071 |

Rule 4 (B) Ohio Rules of Civil Procedure

DEC 0 9 2013

SUMMONS

CHRISTIAN CINCU — PLAINTIFF
VS
TOYOTA MOTOR CREDIT CORPORATION, ET AL — DEFENDANT

TOYOTA MOTOR CREDIT CORPORATION
LEGAL DEPARTMENT
19001 S. WESTERN AVE.
TORRANCE CA 90509-0000

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:

Plantiff's Attorney (Pro Se)

CHRISTIAN CINCU
10801 FLORIAN AVE

CLEVELAND, OH 44111-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

KATHLEEN ANN SUTULA
Do not contact judge. Judge's name is given for attorney's reference only.

ANDREA F. ROCCO
Clerk of the Court of Common Pleas

DATE
Nov 25, 2013

By _____
Deputy

COMPLAINT FILED 11/20/2013



CMSN130

DISP - 16245 - 2013

Plaintiff:

Christian Cincu
10801 Florian Ave
Cleveland, OH 44111

Date: ___11/20/13___

Defendants:

Judge: KATHLEEN ANN SUTULA

CV 13 817459

Toyota Motor Credit Corporation
Legal Department
19001 S. Western Ave.
Torrance, CA 90509

Amount: ___$25,000.00___

Michael R. Groff
19001 S. Western Ave.
Torrance, CA 90509

Plaintiff Christian Cincu brings forth the following causes of action and alleges the following:

1.      Plaintiff is an individual and resident of Cleveland, OH.

2.      Plaintiff is sueing Toyota Motor Credit for failure to correct credit history after several notices.

3.      Plaintiff cosigned for St. Anthony Romanian Orthodox Monastery for a 2004 Volkswagen Passat. At the dealer, the Plaintiff asked how the credit is aproved; and at that time it was stated that the credit is approved based on the business information and it's owner first and that a cosigned is just to help get a better rate. I was also stated that credit approval is definitelly no based sollely on the cosigned.

4.      The Plaintiff is suing Toyota Motor Credit for failure to protect the customer and failure to discolse the credit process acurately. Toyota Motor Credit did not search the owner of St. Anthony Romanian Orthodox Monastery to check the credit and find out that Sava Cosas had bankruptcy and a foreclosure on his file within the recent years. Therefore, credit was based solely on the cosigner credit which is not in accordance to the Fair Credit Reporting Act.

5.      Toyota Motor Credit has reported inacurate information. The car was paid off in October of 2012. The account was reported failure to pay in December of 2012 and in January of 2013. Toyota Motor Credit was contacted to remove the inacurate information and they replied by saying that it was investigated and it is accurate. However, copy of the title was sent to the Plaintiff on November 1, 2013, which definitelly shows that the car was paid before then.

1

6.     Toyota Motor Credit failed to report the information on the business credit for St Anthony Romanian Orthodox Monastery. Considering, that the Plaintiff paid for the car in full, it is wrong that St. Anthony Romanian Orthodox Monastery has a clean record since it failed to pay for the car and it became the cosigner's responsability. Cosigner was supposed only to pay for the car not be be affected credit score wise.

7.     Due to this situation, Plaintiff credit score was greatly affected and is unble to purchase house in Dallas, TX for relocation. Plaintiff is requesting immediate removal of the account from all 3 credit bureaus and $25,000 in damages to help cover for rental expenses and higher interest and downpayment requested by banks in order to CONSIDER for the loan. Based on current situation the bank did not approve $200,000 with 20% down payment due to the damaged credit report score.

Sincerely,

Christian Cincu

2

ANDREA F. ROCCO
CLERK OF COURTS
1200 ONTARIO STREET
CLEVELAND OH, 44113-0000

RECEIVED
DEC 09 2013
TFS LEGAL DEPT.

7196 9008 4922 2334 0711

**CERTIFIED MAIL**

**RETURN RECEIPT REQUESTED**
SHOWING TO WHOM, DATE AND ADDRESS WHERE DELIVERED

TOYOTA MOTOR CREDIT CORPORATION
LEGAL DEPARTMENT
19001 S. WESTERN AVE.
TORRANCE CA 90509-0000

EF12 

9050181196 C039

RECEIVED
DEC 09 2013
TFS LEGAL DEPT.



Tracking No: SCBX00001f2127
CUSTOMER DETAILS
EF12
EF12
Received Date: 12-09-2013 12:52pm
Last Action: 2013-12-09 12:52:34

## SUMMONS IN A CIVIL ACTION — COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
### CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV13817459 | D2 CM | 22334072 |

Rule 4 (B) Ohio

Rules of Civil Procedure

### SUMMONS

CHRISTIAN CINCU **PLAINTIFF**
VS
TOYOTA MOTOR CREDIT CORPORATION, ET AL **DEFENDANT**

MICHAEL R. GROFF
19001 S. WESTERN AVE.
TORRANCE CA 90509-0000

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

Said answer is required to be served on:



You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Plantiff's Attorney (Pro Se)

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

CHRISTIAN CINCU
10801 FLORIAN AVE

CLEVELAND, OH 44111-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

KATHLEEN ANN SUTULA
Do not contact judge. Judge's name is given for attorney's reference only.

ANDREA F. ROCCO
Clerk of the Court of Common Pleas



| DATE |
|---|
| Nov 25, 2013 |

By_ /MW
Deputy

COMPLAINT FILED 11/20/2013



CMSN130